09-CV-00792-CNST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DARRELL KING, )
        Plaintiff )
) NO. 09-792 RSL
vs. )
M/V DYNASTY, her tackles, ) MOTION AND DELCARATION
Appurtenances, cargo, IN REM, and ) TO REOPEN CASE AND TO
Her owner and operators, ) REAFFIRM PREVIOUS CASE
AMERICAN SEAFOODS CO., IN ) SCHEDULE
PERSONUM )
) Clerks Action Required
) Motion date for Friday, March 26th
        Defendant )

COMES NOW,

The Plaintiff above named and moves this court for an order to have the clerk reopen the above entitled case by the clerk and to reestablish the same case schedule by reason of the accompanying declaration of counsel.

*/s/ Horton Smith*
Horton Smith
Attorney for Plaintiff

Horton Smith, being first duly sworn on oath makes the following declaration in support of a motion for an order to reinstate the above entitled case by reason of the fact that plaintiff's counsel has complied in full with the prior order of this court to furnish discovery requests by this court by the deadline established therein in such order.

*/s/ Horton Smith*
Horton Smith