THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRELL KING,<br><br>    Plaintiff<br><br>vs.<br><br>M/V DYNASTY, her tackles, Appurtenances, cargo, IN REM, and Her owner and operators, AMERICAN SEAFOODS CO., IN PERSONUM<br><br>    Defendant | NO. 09-792 RSL<br><br>ORDER TO REINSTATE CASE<br><br><br><br>Clerks Action Required |

This matter having come before the above and titled court and it appearing from the record that the plaintiff has complied with the initial disclosures and other discovery as ordered by the court.

Now therefore, IT IS ORDERED

That the clerk of this court reopen the above and titled case and it is ordered the case schedule previously promulgated by this court shall be reestablished as the case schedule for this case.

Dated this _____ day of March, 2010.

Presented by Horton Smith

Copy to: Gaspich and Williams
1809 Seventh Avenue, Suite 609
Seattle, WA 98101

_____
District Judge

09-CV-00792-DISCL