The Honorable ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREL KING,<br>            Plaintiff,<br><br>                    v.<br><br>M/V Dynasty, her tackles, appurtenances, cargo, IN REM, and her owner and operators, AMERICAN SEAFOODS CO., IN PERSONAM,<br>            Defendants. | No. 09-792 RSL<br><br>RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS<br><br>CLERK'S ACTION REQUIRED |

To:   CLERK OF THE ABOVE NAMED COURT

THE ABOVE NAMED DEFENDANTS, by way of their Attorney,

ANTHONY J. GASPICH

The Plaintiff, DARREL KING, respectfully submits his response regarding the

Defendant's Motion to Dismiss Plaintiff Claims based on allegations of failing to

comply with discovery.

Plaintiff maintains that these allegations are false.  Initial disclosures were filed

with the court's ECF system on February 25th, 2010 pursuant to Court Order of

February 25th, 2010.

RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS

1

HORTON SMITH, Lawyer
WSBA# 9699
3010-First Ave
Seattle, Washington 98121
(206) 770-9100

Exhibit #1 are the disclosures that were submitted in a timely fashion, pursuant to the Court's prior order of February 25th, 2010 and by the Clerk of the Court to the Defendant's Attorney on February 26th, 2010.

All documents referred to were/are in the possession of the Defendant's Attorney.  No sanctions should be imposed, and 3 hours were spent by Plaintiff's counsel responding to the material of the defense and as such should be rewarded for their time at their standard rate of $300/hour (amounting to $900.00).

To dismiss the Plaintiff's case would be an abuse of powers and surely be prejudice against an injured seaman who has substantial damages under the Jones Act, Title 46 U.S.C.

Dated this 1st day of April, 2010.

_____
Horton Smith
WSBA# 9699

**Certificate of Service**
I hereby state that on 04/01/2010, I electronically filed the foregoing with the Clerk of the Court using Electronic Case Filing system; which will send notification to the following:
ANTHONY J. GASPITCH

_____
Horton Smith
3010 First Ave
Seattle, Washington
98121

RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS

2

HORTON SMITH, Lawyer
WSBA# 9699
3010-First Ave
Seattle, Washington 98121
(206) 770-9100